HUSTEEL COMPANY, LTD. AND SEAH CORP., LTD, Plaintiffs, v. UNITED STATES, Defendant, AND IPSCO TUBULARS, INC., LONE STAR STEEL CO. INC., AND MAVERICK TUBE CORP., Defendant-Intervenors.

Court No. 06–00075

## *JUDGMENT*

CARMAN, Judge: Upon consideration of Department of Commerce's remand results, the parties' comments, and all other pertinent papers, and pursuant to USCIT R. 54, it is hereby

**ORDERED** that judgment is entered sustaining the "Results Pursuant to Remand" in the U.S. Department of Commerce's *RESULTS OF REDETERMINATION ON REMAND PURSUANT TO HUSTEEL COMPANY LTD. AND SEAH CORP., LTD. V. UNITED STATES*, Ct. No. 06–00075 (December 4, 2008); and it is further

**ORDERED** that this case is dismissed.